144 P.3d 22

# SUPREME COURT OF HAWAI'I

**September 27, 2006**

| | | |
|---|---|---|
| 26732 | State v. Aki | Affirmed |

**September 29, 2006**

| | | |
|---|---|---|
| 26394 | Barnedo v. Dominguez | Affirmed |
| 25921 | State v. Pyle | Affirmed |

**October 11, 2006**

| | | |
|---|---|---|
| 25763 | Dias v. Stender | Vacated and Remanded |

**October 16, 2006**

| | | |
|---|---|---|
| 27384 | Buenaventura v. State | Affirmed |

**October 26, 2006**

| | | |
|---|---|---|
| 26200 | Holo Holo Charters, Inc. v. Department of Land and Natural Resources | Affirmed |
| 27133 | State v. Taylor | Reversed and Affirmed |

**October 27, 2006**

| | | |
|---|---|---|
| 27029 | Enos v. Elite Mechanical, Inc. | Affirmed |